# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| DUSTIN EIKLENBORG, | Civil No. 10-3278 (JRT/JSM) |
| Plaintiff, | |
| v. | |
| DEBT RECOVERY SOLUTIONS and AMSHER RECEIVABLES MANAGEMENT, | **ORDER FOR DISMISSAL** |
| Defendants. | |

___

Mark Vavreck, **MARTINEAU, GONKO & VAVRECK**, 401 North Third Street, Suite 600, Minneapolis, MN 55401, for plaintiff.

Michael Klutho, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for Defendant Amsher Receivables Management.

This matter is before the Court on the stipulation of dismissal filed by Plaintiff and Defendant Amsher Receivables Management on October 5, 2010 [Docket No. 2].

**IT IS HEREBY ORDERED** that the Complaint be **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party as to Amsher Receivables Management only.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

DATED: October 8, 2010
at Minneapolis, Minnesota.

                                                                 s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                 United States District Judge